# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **KEVIN R. HALL,** | ) | |
| | ) | |
|       **PETITIONER** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 10-503-P-H** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
|       **RESPONDENT** | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

I have read the Magistrate Judge's Recommended Decision, the petitioner's objections, and the government's response. I am also aware of the Magistrate Judge's efforts to expedite the proceedings concerning the petitioner's dental needs. Upon *de novo* review, I **ADOPT** the Recommended Decision. Although the treatment of Hall was certainly bureaucratic, I agree with the Magistrate Judge that, given the constitutional standards for evaluating medical care, this court can grant no relief under the circumstances.

**SO ORDERED.**

**DATED THIS 22ND DAY OF FEBRUARY, 2011**

                                                        /S/D. BROCK HORNBY
                                                      **D. BROCK HORNBY**
                                                      **UNITED STATES DISTRICT JUDGE**